UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPHINE PALMIERI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LINDA GERMAN,<br><br>　　　　　　Defendant. | No.: C04-5854FDB<br><br>ORDER OF DISMISSAL WITH PREJUDICE<br><br>(Clerk's Action Required) |

THIS MATTER having come before the undersigned judge upon stipulation of the parties, now, therefore, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims in this matter are dismissed with prejudice and without costs to any party.

DATED this 17th day of JUNE 2005.

　　　　　　　　　　　　　　　　　　　　　／s／ Franklin D. Burgess
　　　　　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*Presented by:*

BULLIVANT HOUSER BAILEY PC

/s/ E. Pennock Gheen
E. Pennock Gheen, WSBA #14969
 E-mail: penn.gheen@bullivant.com
Donna M. Chamberlin, WSBA #31227
 E-mail: donna.chamberlin@bullivant.com
Attorneys for Defendant Josephine Palmieri

*Approved as to Form; Notice of Presentation Waived:*

LAW OFFICES OF JAMES M. BENDELL

_____
James M. Bendell, WSBA #20820
 E-mail: Bendell@cablespeed.com
Attorney for Plaintiff